# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**JENNAFER SANCHO,**

    **Plaintiff,**

    v.

**CONTINENTAL FINANCE COMPANY,**

    **Defendants.**

**Case No. 2:21-cv-1902**
**JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Chelsey M. Vascura**

## ORDER

Plaintiff Jennafer Sancho moves to dismiss Defendant Continental Finance Company (dba The Bank of Missouri) pursuant to Rule 21 of the Federal Rules of Civil Procedure. (ECF No. 10). Plaintiff's Motion to Dismiss Defendant Continental Finance Company is **GRANTED**. Because the settlement in this case between Plaintiff and the remaining Defendant (Trans Union, LLC) has not yet been finalized, this case remains open.

**IT IS SO ORDERED.**


**7/9/2021**                          **s/Edmund A. Sargus, Jr.**
**DATE**                               **EDMUND A. SARGUS, JR.**
                                        **UNITED STATES DISTRICT JUDGE**