# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**JENNAFER SANCHO,**

    **Plaintiff,**

    v.                                    **Case No. 2:21-cv-1902**
                                            **JUDGE EDMUND A. SARGUS, JR.**
**CONTINENTAL FINANCE COMPANY,**     **Magistrate Judge Chelsey M. Vascura**

    **Defendants.**

## ORDER

Plaintiff Jennafer Sancho and Defendant Trans Union, LLC, have filed a stipulation of dismissal with prejudice. (ECF No. 15). Accordingly, this case is **DISMISSED**. Plaintiff Sancho and Defendant Trans Union, LLC, are to bear their own costs and attorneys' fees. The Clerk is directed to close this case.

    **IT IS SO ORDERED.**


**8/5/2021**                                                   **s/Edmund A. Sargus, Jr.**
**DATE**                                                       **EDMUND A. SARGUS, JR.**
                                                               **UNITED STATES DISTRICT JUDGE**